No. 460, Misc. McINTOSH *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. *Abraham Ziegler* for petitioner. *Joseph A. Ryan* and *Michael R. Canestrano* for respondent.

No. 478, Misc. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 491, Misc. KINCAID *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Andrew J. Goodwin,* Assistant Attorneys General, for respondent.

No. 517, Misc. AMIOTTE *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gilbert F. Nelson,* Deputy Attorney General, for respondent.

No. 582, Misc. ALVARADO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Whitney North Seymour, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 584, Misc. MURDAUGH *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.